HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ARTHUR L. SMITH, JR., <br><br> Petitioner, <br><br> v. <br><br> DR. HENRY RICHARDS, Ph.D., <br><br> Respondent. | Case No. C07-5039 RBL <br><br> ORDER DENYING ISSUANCE OF CERTIFICATE OF APPEALABILITY |

THIS MATTER comes on before the above-entitled Court upon Petitioner's Notice of Appeal [Dkt. #29] and Respondent's Response to Petitioner's Motion for Issuance of Certificate of Appealability [Dkt. #31].

For the reasons stated in the Report and Recommendation [Dkt. #25], the Court declines to issue a certificate of appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 15th day of October, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE